*Wednesday, May 13, 1992*
## MERIT DOCKET

**92–427.** State v. Ross. *Hamilton County*, No. C–910769. On motion to dismiss or for extension of time. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

H. BROWN, J., dissents and would grant the motion for extension of time.

**92–488.** Pettis v. Fain. In Mandamus. On motion for summary judgment. Motion for summary judgment treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., HOLMES and WRIGHT, JJ., would grant the motion for summary judgment.

**92–573.** State ex rel. Boyle v. Brigano. In Mandamus. On answer of respondent and request to dismiss. Request to dismiss granted. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–596.** State ex rel. Fears v. Morris. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.